

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ERNESTO MARTIN SUAREZ MORONES, | § | No. 08-23-00175-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 41st Judicial District Court |
| EL PASO COUNTY, TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2022DCV1544) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF SEPTEMBER 2023.


LISA J. SOTO, Justice


Before Rodriguez, C.J., Palafox, and Soto, JJ.